JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA ELIZABETH WASHINGTON JONES,<br>         Plaintiff,<br>    v.<br>NANCY A. BERRYHILL,<br>         Defendant. | CASE NO. 5:17-cv-00893-SK<br>**JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: February 7, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE